**Dossie FAISON, Jr., Plaintiff–Appellant,**

v.

**Sergeant DAMRON; J. Armontrout; P. True; R.A. Young; H. Bolling, Nurse; D. Jones, Mental Health Professional, Defendants–Appellees.**

No. 01–7491.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 29, 2002.

Dossie Faison, Jr., Pro Se. William W. Muse, Assistant Attorney General, Richmond, Virginia; Coreen Antoinette Bromfield, Rawls & McNelis, P.C., Richmond, Virginia, for Appellees.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Dossie Faison, Jr., appeals the district court's order granting the motion to dismiss of one of the Defendants to Faison's civil action under 42 U.S.C.A. § 1983 (West Supp.2001). We dismiss the appeal

for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*